

**UNITED STATES DISTRICT COURT**

CHAMBERS OF
MICHAEL P. MCCUSKEY
CHIEF JUDGE

CENTRAL DISTRICT OF ILLINOIS
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE 217-373-5837
FACSIMILE 217-373-5855

August 8, 2006

Mary Robinson
Attorney Registration & Disciplinary Commission
One Prudential Plaza
130 E. Randolph Dr..
Chicago, IL 60601-6207

      Re: Jerold Barringer

Dear Ms. Robinson:

      I am enclosing a copy of a docket entry entered in Case No. 06-20023, United States v. Tylman et al.  At a hearing held on August 7, 2006, I found that Attorney Jerold Barringer violated Rule 4.2 of the Illinois Rules of Professional Conduct by engaging in a meeting with a party in the case who he knew was represented by another lawyer.  I also found that the violation was substantive, not technical.  Attorney Barringer was therefore disqualified from representing his client in the case.

      Because I specifically found a violation of the Illinois Rules of Professional Conduct, I believe I am required by In Re Himmel, 125 Ill.2d 531 (1988) to report this matter to the ARDC. If you need additional information, please feel free to contact my office.

                Sincerely,

                s/Michael P. McCuskey
                Chief U.S. District Judge

cc:    Jerold Barringer
        John Taylor
        Brent A. Winters
        Hilary W. Frooman